**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOLANDA LLAMAS, | ) | Case No. 2:23-cv-10288-JC |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties Joint Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation") and the concurrently issued Order Granting the Stipulation, for good cause shown,

IT IS HEREBY ADJUDGED that Judgment be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner and remanding for further proceedings consistent with the Stipulation.

**IT IS SO ADJUDGED.**

Dated: May 31, 2024             /s/
                                     Honorable Jacqueline Chooljian
                                     UNITED STATES MAGISTRATE JUDGE